UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEAN LABEL PROJECT FOUNDATION,<br><br>                        Plaintiff,<br><br>    v.<br><br>NEW CHAPTER, INC.<br><br>                        Defendant. | Case No. <u>1:20-cv-03381</u><br><br>Judge Christopher R. Cooper |

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER RULE 41(a)(1)</u>**

COMES NOW Plaintiff Clean Label Project Foundation ("CLP" or "Plaintiff"), by and through counsel, and voluntarily dismisses this case with prejudice, with each side to bear its own fees and costs. Defendant New Chapter, Inc. ("New Chapter") has not filed an Answer and, in addition, has seen and consents to this notice. As such, dismissal with prejudice is proper and self-executing without a court order under Federal Rule of Civil Procedure 41(a)(1).

Dated: <u>February 10, 2021</u>          Respectfully submitted,

                                                  Attorneys for Clean Label Project (CLP)

                                                  /s/ Travis Pittman
                                                  Travis Pittman (D.C. Bar No. 1016894)
                                                  Local Counsel for Plaintiff
                                                  Holmes Pittman & Haraguchi, LLP
                                                  P.O. Box 380
                                                  Chester, MD  21619
                                                  Phone: (410) 482-9505
                                                  Fax: (443) 782-0362
                                                  jtpittman@hphattorneys.com

Kristen M. Ross, Esq.
Davitt, Lalley, Dey & McHale,
PC 1971 Beltline Ave., Suite
106 Grand Rapids, MI 49525
Tel: (202) 750-0355
kristen.ross@dldmlaw.com

Dated: <u>February 10, 2021</u>

**Certificate of Service**

    I hereby certify that on this 10th day of February, 2021, I served this *Plaintiff's Notice of Voluntary Dismissal With Prejudice Under Rule 41(a)(1)* upon all parties via the Court's electronic e-filing system.